UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cv-05976-CJC-JC |
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| $820,528.23 SEIZED FROM WELLS FARGO ACCOUNT NUMBER '0858, et al., | |
| Defendants. | |

Plaintiff and claimants Fares Rabadi, Roxana Rabadi, and Natasha Rabadi have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and

1 Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this
2 Court. Fares Rabadi, Roxana Rabadi, and Natasha Rabadi have filed claims and
3 answers. No other claims or answers have been filed, and the time for filing such claims
4 and answers has expired. This Court has jurisdiction over the parties to this judgment
5 and the defendants. Any potential claimants to the defendant funds other than Fares
6 Rabadi, Roxana Rabadi, and Natasha Rabadi are deemed to have admitted the
7 allegations of the complaint with respect to the defendant funds.

8    2.    $167,903.90 of the defendant $820,528.23 Seized from Wells Fargo
9 Account # XXXXXX-0858 claimed by claimant Fares Rabadi will be remitted by the
10 Government to the Clerk of the Court towards payment of the restitution ordered in
11 *United States v. Feres Jeries Rabadi*, CR 22-00507-FWS (the "Related Criminal Case").

12    3.    $30,000 of the defendant $820,528.23 Seized from Wells Fargo Account #
13 XXXXXX-0858 claimed by claimant Fares Rabadi will be remitted by the Government
14 to the Clerk of the Court towards payment of the fine ordered in the Related Criminal
15 Case.

16    4.    The remaining defendant funds shall be returned to Claimants pursuant to
17 their claims filed on August 20, 2019 (Docket #s 20, 21, and 22).

18    5.    Fares Rabadi, Roxana Rabadi, and Natasha Rabadi have agreed to release
19 the United States of America, its agencies, agents, and officers, from any and all claims,
20 actions or liabilities arising out of or related to this action, including, without limitation,
21 any claim for attorneys' fees, costs or interest which may be asserted on behalf of Fares
22 Rabadi, Roxana Rabadi, and Natasha Rabadi against the United States, whether pursuant
23 to 28 U.S.C. § 2465 or otherwise. Fares Rabadi, Roxana Rabadi, and Natasha Rabadi
24 have also waived any rights they may have to seek remission or mitigation of the
25 forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this
26 Consent Judgment be interpreted as an admission by Fares Rabadi, Roxana Rabadi, or
27 Natasha Rabadi of any liability or wrongdoing.
28 //

6. The Court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

February 6, 2024
DATED

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

   /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**CC: FISCAL**

3